UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>FRED COVEY,<br><br>                Defendant. | Case No. CR-10-196-S-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

The Court has before it Defendant's Unopposed Motion for Order Allowing Transport of Medical Equipment (Docket No. 14). The Court understands that Defendant relies on certain medical equipment to deal with sleep apnea. The Court also understands that Defendant relies on certain supplies for his vision. Accordingly, the Court finds good cause to allow transportation of said equipment and supplies. However, the Court will not override any Bureau of Prisons or United States Marshal Services rules, regulations, procedures, or processes regarding transportation and housing of inmates.

**ORDER**

NOW THEREFORE IT IS HEREBY ORDERED that Defendant's Unopposed Motion for Order Allowing Transport of Medical Equipment (Docket No. 14) shall be, and the same is hereby, GRANTED. The Court will allow transportation of Defendant's equipment and supplies. However, to the extent such transportation conflicts with the rules, regulations, procedures, or processes of the Bureau of Prisons and/or United States

Marshal Services, the Court will leave it to their discretion on whether to actually transport or allow Defendant to use the equipment and supplies.

DATED: **September 7, 2010**

B. LYNN WINMILL
Chief U.S. District Court Judge